# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 24, 2012

**Before**

FRANK H. EASTERBROOK, *Chief Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

No. 11-3010

| | |
|---|---|
| ALASSANE KONTE, | Petition for Review of an Order of the |
| *Petitioner*, | Board of Immigration Appeals. |
| *v.* | No. A098 520 242 |
| ERIC H. HOLDER, JR., Attorney General of the United States, | |
| *Respondent*. | |

**O R D E R**

Respondent's Motion to Amend and Publish the Court's Order of July 12, 2012, is **GRANTED** in part. We hereby amend our order by removing the following language from the second sentence on page 1: "we remand the petition for the limited purpose of vacating the order of removal to Senegal;" and we decline the request to publish the order, as amended, as a precedential opinion.